# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3792

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Guy Spencer Long, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 20, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, FAGG, Circuit Judge, and BOGUE,** District Judge.

_____

PER CURIAM.

Guy Spencer Long appeals his conviction for bank robbery. Long contends the district court improperly admitted evidence offered by the government under Federal Rule of Evidence 404(b). We have carefully considered Long's contention and find it

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

**The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

to be without merit.  We also conclude that a discussion of the issue presented by this appeal will serve no useful purpose.  We thus affirm Long's conviction.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.